IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SALESNET, INC., a Delaware corporation,<br>    Defendant._____/ | No. C-06-0529 MEJ<br><br>**ORDER CLOSING FILE** |

Pursuant to the parties stipulated voluntary dismissal with prejudice filed on June 27, 2006, the Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2006

MARIA-ELENA JAMES
United States Magistrate Judge